IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL T. MAK,<br><br>    Plaintiff,<br><br>v.<br><br>THEODORE R. DUNHAM JR.,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. CIV-24-248-SLP<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

  Before the Court is Plaintiff Paul T. Mak's Motion to Dismiss Defendant Theodore R. Dunham Jr.'s ("Defendant's") counterclaims [Doc. No. 34]. Subsequent to the filing of Plaintiff's Motion, Plaintiff filed an Amended Complaint [Doc. No. 39] and Defendant filed an Answer and Amended Counterclaim [Doc. No. 43]. The Amended Counterclaim, which is now the operative document, supersedes the allegations contained in the original Counterclaim. *See May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Plaintiff's Motion to Dismiss [Doc. No. 34] is DENIED AS MOOT.

  IT IS SO ORDERED this 21st day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE